<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Elite Surgery Center, LLC** |
|---|---|---|

| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Elite Robotic Surgery**<br>**DBA  Elite Robotic Surgery Center** |
|---|---|---|

| 3. | Debtor's federal Employer Identification Number (EIN) | **82-0836081** |
|---|---|---|

| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | **38920 Trade Center Drive**<br>**Palmdale, CA 93551**<br>Number, Street, City, State & ZIP Code | <br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Los Angeles**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| 5. | Debtor's website (URL) | |
|---|---|---|

| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |
|---|---|---|

Debtor  **Elite Surgery Center, LLC**                                        Case number (*if known*) _____
      _____
      Name

**7.  Describe debtor's business**    A. *Check one:*

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

       **6214**

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

> ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

> ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

> ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

> ☐ A plan is being filed with this petition.

> ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

> ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

> ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District _____ | | When _____ | | Case number _____ | |
| | District _____ | | When _____ | | Case number _____ | |

Debtor    **Elite Surgery Center, LLC** _____    Case number (*if known*) _____
         Name

**10.** **Are any bankruptcy cases** ■ No
     **pending or being filed by a** ☐ Yes.
     **business partner or an**
     **affiliate of the debtor?**

List all cases. If more than 1,    Debtor _____    Relationship _____
attach a separate list            District _____ When _____    Case number, if known _____

**11.** **Why is the case filed in**    *Check all that apply:*
     ***this district?***
                              ■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                                 preceding the date of this petition or for a longer part of such 180 days than in any other district.

                              ☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or**    ■ No
     **have possession of any**    ☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.
     **real property or personal**
     **property that needs**
     **immediate attention?**       **Why does the property need immediate attention?** (*Check all that apply.*)

                                    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                       What is the hazard? _____
                                    ☐ It needs to be physically secured or protected from the weather.
                                    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                       livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
                                    ☐ Other _____
                                    **Where is the property?** _____
                                                              Number, Street, City, State & ZIP Code
                                    **Is the property insured?**
                                    ☐ No
                                    ☐ Yes.    Insurance agency _____
                                              Contact name _____
                                              Phone _____

███  **Statistical and administrative information**

**13.** **Debtor's estimation of**    *Check one:*
     **available funds**
                              ■ Funds will be available for distribution to unsecured creditors.

                              ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of**    ■ 1-49                  ☐ 1,000-5,000          ☐ 25,001-50,000
     **creditors**               ☐ 50-99                 ☐ 5001-10,000          ☐ 50,001-100,000
                                 ☐ 100-199               ☐ 10,001-25,000        ☐ More than100,000
                                 ☐ 200-999

**15.** **Estimated Assets**       ☐ $0 - $50,000               ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
                                 ☐ $50,001 - $100,000          ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion
                                 ☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
                                 ■ $500,001 - $1 million       ☐ $100,000,001 - $500 million   ☐ More than $50 billion

**16.** **Estimated liabilities**   ☐ $0 - $50,000               ■ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion

| Debtor | Elite Surgery Center, LLC | Case number (*if known*) |
|--------|---------------------------|--------------------------|
| | Name | |

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million          ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million         ☐ More than $50 billion

| Debtor | Elite Surgery Center, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 17, 2025**
MM / DD / YYYY

**X** _____          **David Groves**
Signature of authorized representative of debtor          Printed name

Title   **Chief Financial Officer**

**18. Signature of attorney**

**X** _____          Date   **March 17, 2025**
Signature of attorney for debtor          MM / DD / YYYY

**Alan W. Forsley**
Printed name

**FLP Law Group LLP**
Firm name

**1875 Century Park East, Ste 2230**
**Los Angeles, CA 90067**
Number, Street, City, State & ZIP Code

Contact phone   **(310) 284-7350**     Email address   **alan.forsley@flpllp.com**

**180958 CA**
Bar number and State

Fill in this information to identify the case:

| Debtor name | **Elite Surgery Center, LLC** |
|---|---|
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 38920 Trade Center Drive, LLC c/o Robert Loyola 38920 Trade Center Drive Palmdale, CA 93551 | | Past due rent. | | | | $205,500.00 |
| Accelerate Medical 18723 Via Princessa Suite 237 Canyon Country, CA 91387 | | | | | | $11,274.50 |
| Acumed LLC 3885 Arapaho Rd. Addison, TX 75001 | | | | | | $19,702.48 |
| Advanced Sterilization Products SVS, Inc. 33 Technology Dr. Irvine, CA 92618 | | | | | | $118,000.00 |
| Covidien Sales, LLC 4642 Collection Ctr. Drive Chicago, IL 60693-0046 | | | | | | $81,742.57 |
| CR Bard, Inc. PO Box 75767 Charlotte, NC 28275 | | | | | | $22,858.40 |
| GS Medic Inc. Guy Sanani, MD 596 Myrtle Ct. Oak Park, CA 91377 | | | | | | $63,200.00 |
| Highland Capital Corp. 1 Passaic Ave. Fairfield, NJ 07004 | | Orthoscan TAU1512 Equipment | | $56,339.58 | $20,000.00 | $36,339.58 |

Debtor    **Elite Surgery Center, LLC**
_____    Case number *(if known)*    _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Highland Capital Corporation 370 Pascack Rd. Township of Washington, NJ 07676 | | | | | | $36,339.58 |
| Johnson & Johnson 4301 West Boy Scout Blvd. Tampa, FL 33607 | | | | | | $99,493.56 |
| JTS Surgical 1841 W. Redlands Blvd. Redlands, CA 92373 | | | | | | $19,541.95 |
| Luxe Derm Aesthetics 3011 Rancho Vista Blvd., #B Palmdale, CA 93551 | | | | | | $15,000.00 |
| Medline Dept. LA 21558 Pasadena, CA 91185-1558 | | | | | | $12,288.90 |
| Medtronic 4642 Collection Center Dr. Chicago, IL 60693-0046 | | | | | | $58,727.30 |
| MTF Biologics PO Box 69385 Baltimore, MD 21264-9385 | | | | | | $11,284.00 |
| National Billing Services dba Nimble Solutions 7 Arnage Road Chesterfield, MO 63005 | | | Disputed | | | $199,866.67 |
| Smith & Nephew PO Box 785921 Philadelphia, PA 19178-5921 | | | | | | $379,896.51 |
| Stryker Endoscopy 5900 Optical Court San Jose, CA 95138 | | | Disputed | | | $127,932.00 |
| Stryker Flex Financial 25652 Network Place Chicago, IL 60673-1256 | | | | | | $261,900.00 |

000008

Debtor   **Elite Surgery Center, LLC**
         _____
         Name

Case number *(if known)*   _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Stryker Flex Financial 25652 Network Place Chicago, IL 60673-1256** | | **Stryker tower system (complete setup)** | | $296,900.00 | $35,000.00 | $261,900.00 |

000009

Docusign Envelope ID: B2572791-C03F-4DA6-99B6-9B9A35CA2BD1

## ACTION BY MEMBERS OF LIMITED LIABILITY CORPORATION

After a vote of Elite Surgery Center, LLC (the "**Company**") membership interests of which more than 66% were in favor, the Company hereby adopts the following action approved by its members:

RESOLVED, that the Company file a Chapter 11 Petition in the United States Bankruptcy Court, Central District of California;

FURTHER RESOLVED, that the Company retain FLP Law Group, LLP to represent it as legal counsel in said proceeding; and

FURTHER RESOLVED, that Chief Executive Officer David Groves be authorized to execute any and all documents requisite to said filing on behalf of the Company.

Dated: March <u>15</u>, 2025

Signed by:

EFC149816C7849E...

Emery L. Chen, Managing Member

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Alan W. Forsley**<br>**1875 Century Park East, Ste 2230**<br>**Los Angeles, CA 90067**<br>**(310) 284-7350 Fax: (310) 432-5999**<br>California State Bar Number: 180958 CA<br>alan.forsley@flpllp.com | |

■ *Attorney for:*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>    **Elite Surgery Center, LLC**<br><br>                                                Debtor(s),<br><br>                                                Plaintiff(s),<br><br><br><br>                                                Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    11<br><br>**CORPORATE OWNERSHIP STATEMENT**<br>**PURSUANT TO  FRBP 1007(a)(1)**<br>**and 7007.1, and LBR 1007-4**<br><br>[No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   **Alan W. Forsley**                                    , the undersigned in the above-captioned case, hereby declare
            *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                    **F 1007-4.CORP.OWNERSHIP.STMT**

000053

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.      I have personal knowledge of the matters set forth in this Statement because:

☐ I am the president or other officer or an authorized agent of the Debtor corporation
☐ I am a party to an adversary proceeding
☐ I am a party to a contested matter
☒ I am the attorney for the Debtor corporation

2.a.    ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
        *[For additional names, attach an addendum to this form.]*

   b.   ☒ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

**March 17, 2025**
_____
Date

By:  _____
     Signature of Debtor, or attorney for Debtor

Name:  **Alan W. Forsley**
       _____
       Printed name of Debtor, or attorney for
       Debtor

# United States Bankruptcy Court
## Central District of California

In re **Elite Surgery Center, LLC**

Debtor(s)

Case No. _____

Chapter ____**11**____

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Aldo Gamarra, MD**<br>**38920 Trade Center Dr.**<br>**Palmdale, CA 93551** | | | **3%** |
| **Emery L. Chen, MD**<br>**38920 Trade Center Dr.**<br>**Palmdale, CA 93551** | | | **48.50%** |
| **Rafael Lemus-Rangel, MD**<br>**4731 Kraft Avenue**<br>**North Hollywood, CA 91602** | | | **48.50%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Financial Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **March 17, 2025**

Signature  _David Groves_

**David Groves**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at ___Palmdale_____ , California.

Date:    **March 17, 2025**_____

**David Groves**
Signature of Debtor 1

_____
Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2018*                     *Page 1*         **F 1015-2.1.STMT.RELATED.CASES**
000011

**Fill in this information to identify the case:**

Debtor name **Elite Surgery Center, LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

**Part 1:    Summary of Assets**

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

  1a. **Real property:**
  Copy line 88 from *Schedule A/B*.................................................................    $            1.00

  1b. **Total personal property:**
  Copy line 91A from *Schedule A/B*...........................................................    $         716,714.54

  1c. **Total of all property:**
  Copy line 92 from *Schedule A/B*.............................................................    $         716,715.54

**Part 2:    Summary of Liabilities**

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
  Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...............    $       1,032,129.07

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

  3a. **Total claim amounts of priority unsecured claims:**
  Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................    $            0.00

  3b. **Total amount of claims of nonpriority amount of unsecured claims:**
  Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............    +$       1,801,128.67

4.    **Total liabilities** ......................................................................................
  Lines 2 + 3a + 3b          $       2,833,257.74

000012

**Fill in this information to identify the case:**

Debtor name    **Elite Surgery Center, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of
debtor's interest

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
Name of institution (bank or brokerage firm)    Type of account    Last 4 digits of account
number

| | | | |
|---|---|---|---|
| 3.1. | **Mission Bank Acct. 8009** | Checking | 8009 | **$8,382.88** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**    | $8,382.88 |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:    _____ 578,000.00 _____ - _____ 439,100.00 _____ = ....    **$138,900.00**
face amount    doubtful or uncollectible accounts

000013

Debtor  **Elite Surgery Center, LLC**
        Name

Case number *(If known)* _____

| | |
|---|---|
| 12. | **Total of Part 3.** |

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**$138,900.00**

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** **Medical Supplies.** | | $0.00 | | $10,000.00 |

| | |
|---|---|
| 23. | **Total of Part 5.** |

Add lines 19 through 22.  Copy the total to line 84.

**$10,000.00**

24. **Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

Debtor    **Elite Surgery Center, LLC**                                          Case number *(If known)* _____
         <u>Name</u>

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. Office furniture<br>**Furniture** | $0.00 | | $43,397.50 |
| 40. **Office fixtures** | | | |
| 41. Office equipment, including all computer equipment and communication systems equipment and software<br>**Computer equipment** | $0.00 | | $34,503.76 |
| **Telephone system** | $0.00 | | $3,230.40 |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| $81,131.66 |
|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)<br>**Stryker tower system (complete setup)** | $0.00 | Comparable sale | $35,000.00 |
| **Amsco Steris SG-116 Autoclave V120** | $0.00 | Comparable sale | $10,000.00 |
| **Sterrad 100NX** | $0.00 | Comparable sale | $50,000.00 |

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 3

000015

Debtor  **Elite Surgery Center, LLC**_____  Case number *(If known)* _____
      *Name*

| | | | |
|---|---|---|---|
| **EOC 9600** | $0.00 | Comparable sale | $3,000.00 |
| **Dragger Fabius GS Anesthesia Machine X2** | $0.00 | Comparable sale | $14,000.00 |
| **Amsco Dual Compartment Warming Cabinet, Model: M70WC-EL** | $0.00 | Comparable sale | $500.00 |
| **Stryker Stretcher (X4)** | $0.00 | Comparable sale | $4,800.00 |
| **Davinci Si (3 arm system)** | $0.00 | Comparable sale | $90,000.00 |
| **OR Light by Seameon Medical (X4)** | $0.00 | Comparable sale | $20,000.00 |
| **Steris Reliance Synergy Washer** | $0.00 | Comparable sale | $10,000.00 |
| **Patient monitor (X4)** | $0.00 | Comparable sale | $2,000.00 |
| **Force FX bovie machine (X2)** | $0.00 | Comparable sale | $8,000.00 |
| **GE portable ultrasound machine** | $0.00 | Comparable sale | $5,000.00 |
| **Eaton UPS Battery backup (40KV)** | $0.00 | Comparable sale | $10,000.00 |
| **Skytron 6001 (X2)** | $0.00 | Comparable sale | $16,000.00 |

51.    **Total of Part 8.**                                           **$278,300.00**
        Add lines 47 through 50.  Copy the total to line 87.

52.    Is a depreciation schedule available for any of the property listed in Part 8?
        ☐ No
        ☑ Yes

53.    Has any of the property listed in Part 8 been appraised by a professional within the last year?
        ☑ No
        ☐ Yes

**Part 9:**    **Real property**

54. Does the debtor own or lease any real property?

        ☐ No. Go to Part 10.
        ☑ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Debtor    **Elite Surgery Center, LLC**                                    Case number *(If known)* _____
_____
Name

apartment or office building, if
available.
55.1.    **Leasehold
Improvements**                              $148,252.96                              $1.00

---

56.    **Total of Part 9.**                                                                    | $1.00
       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ■ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

       ■ No.  Go to Part 11.
       ☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

       ☐ No.  Go to Part 12.
       ■ Yes Fill in the information below.

                                                                         Current value of
                                                                         debtor's interest

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit
       has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of
       every nature, including counterclaims of the debtor and rights to
       set off claims**
       **Potential cross-claims against National Medical Billing
       Services, LLC for filing bills beyond the statute of
       limitations date.**                                                      $200,000.00
       Nature of claim          **Cross-Claim**
       Amount requested            **$200,000.00**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 5

Debtor   **Elite Surgery Center, LLC**_____     Case number *(If known)* _____
Name

78.   **Total of Part 11.**                                                                        | **$200,000.00** |
      Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

Debtor    **Elite Surgery Center, LLC**_____    Case number *(If known)* _____
        Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $8,382.88 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $138,900.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $10,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $81,131.66 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $278,300.00 | |
| 88. **Real property.** *Copy line 56, Part 9*...........................................................................> | | $1.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $200,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $716,714.54 | + 91b. $1.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $716,715.54 |

000019

**Fill in this information to identify the case:**

Debtor name     **Elite Surgery Center, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1  Highland Capital Corp.**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Orthoscan TAU1512 Equipment** | $56,339.58 | $20,000.00 |

**1 Passaic Ave.**
**Fairfield, NJ 07004**
Creditor's mailing address

Describe the lien
_____

Is the creditor an insider or related party?
☑ No
Creditor's email address, if known
☐ Yes
Is anyone else liable on this claim?
☑ No
**Date debt was incurred**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2  Mission Bank**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Equipment** | $394,390.80 | $394,390.80 |

**43830 20th Street West**
**Lancaster, CA 93534**
Creditor's mailing address

Describe the lien
_____

Is the creditor an insider or related party?
☑ No
Creditor's email address, if known
☐ Yes
Is anyone else liable on this claim?
☑ No
**Date debt was incurred**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**8671**
Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

000020

Debtor    **Elite Surgery Center, LLC**                                      Case number (if known) _____
          Name

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Mission Bank** | Describe debtor's property that is subject to a lien | $55,917.51 | $55,917.51 |
|---|---|---|---|---|

Creditor's Name

**Mission Bank Checking Acct. 8009, Inventory and accounts.**

**43830 20th Street West
Lancaster, CA 93534**
Creditor's mailing address

Describe the lien

_____

Creditor's email address, if known

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number
8614**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **SBA Loan - AMPAC Business Capital** | Describe debtor's property that is subject to a lien | $228,581.18 | $263,693.00 |
|---|---|---|---|---|

Creditor's Name

**Office furniture, computer equipment, telephone system and equipment.**

**3110-B Inland Empire Blvd.
Ontario, CA 91764**
Creditor's mailing address

Describe the lien

_____

Creditor's email address, if known

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number
9105**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Stryker Flex Financial** | Describe debtor's property that is subject to a lien | $296,900.00 | $35,000.00 |
|---|---|---|---|---|

Creditor's Name

**Stryker tower system (complete setup)**

**25652 Network Place
Chicago, IL 60673-1256**
Creditor's mailing address

Describe the lien

_____

Is the creditor an insider or related party?
■ No

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 2 of 3

Debtor   **Elite Surgery Center, LLC**                                              Case number (if known) _____
_____
Name

| | |
|---|---|
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☒ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☒ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.     $1,032,129.07

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 3 of 3

000022

**Fill in this information to identify the case:**

Debtor name    **Elite Surgery Center, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$205,500.00** |
|---|---|---|---|

**38920 Trade Center Drive, LLC**
c/o Robert Loyola
38920 Trade Center Drive
Palmdale, CA 93551

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Past due rent.

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,274.50** |
|---|---|---|---|

**Accelerate Medical**
18723 Via Princessa
Suite 237
Canyon Country, CA 91387

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,702.48** |
|---|---|---|---|

**Acumed LLC**
3885 Arapaho Rd.
Addison, TX 75001

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$118,000.00** |
|---|---|---|---|

**Advanced Sterilization Products**
SVS, Inc.
33 Technology Dr.
Irvine, CA 92618

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

Debtor **Elite Surgery Center, LLC**
Name

Case number (if known) _____

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.28 |
|---|---|---|---|

**American Express - Amazon**
c/o Becket and Lee
Po Box 3001
Malvern, PA 19355

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **1006**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,168.72 |
|---|---|---|---|

**Arthrex, Inc.**
PO Box 403511
Atlanta, GA 30384-3511

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,437.00 |
|---|---|---|---|

**Bonesupport Inc.**
Attn: Finance
PO Box 830395
Philadelphia, PA 19182-0395

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,754.62 |
|---|---|---|---|

**Chase 1**
PO Box 6294
Carol Stream, IL 60197-6294

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **6039**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $136.71 |
|---|---|---|---|

**Chase 2**
PO Box 6294
Carol Stream, IL 60197-6294

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **3808**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $81,742.57 |
|---|---|---|---|

**Covidien Sales, LLC**
4642 Collection Ctr. Drive
Chicago, IL 60693-0046

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,858.40 |
|---|---|---|---|

**CR Bard, Inc.**
PO Box 75767
Charlotte, NC 28275

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 2 of 6

000024

Debtor    **Elite Surgery Center, LLC**    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$0.00** |

**Emery L. Chen, M.D., A Medical Corp**
**38920 Trade Center**
**Lancaster, CA 92534**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **$63,200.00** |
|---|---|---|

**GS Medic Inc.**
**Guy Sanani, MD**
**596 Myrtle Ct.**
**Oak Park, CA 91377**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **$4,846.47** |
|---|---|---|

**Henry Schein Inc.**
**PO Box 7156**
**Pasadena, CA 91109-7156**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **$36,339.58** |
|---|---|---|

**Highland Capital Corporation**
**370 Pascack Rd.**
**Township of Washington, NJ 07676**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **$99,493.56** |
|---|---|---|

**Johnson & Johnson**
**4301 West Boy Scout Blvd.**
**Tampa, FL 33607**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **$19,541.95** |
|---|---|---|

**JTS Surgical**
**1841 W. Redlands Blvd.**
**Redlands, CA 92373**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **$4,329.49** |
|---|---|---|

**LifeNet Health**
**PO Box 79636**
**Baltimore, MD 21279-0636**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

000025

Debtor  **Elite Surgery Center, LLC**                              Case number (if known) _____
_____
Name

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,000.00 |
|---|---|---|---|

**Luxe Derm Aesthetics**
3011 Rancho Vista Blvd., #B
Palmdale, CA 93551

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | | $8,940.00 |
|---|---|---|---|

**Maxx Health, Inc.**
11 Woodside Ave.
Berwyn, PA 19312

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | | $11,251.00 |
|---|---|---|---|

**Medartis**
1195 Polk Drive
Warsaw, IN 46582

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | | $12,288.90 |
|---|---|---|---|

**Medline**
Dept. LA 21558
Pasadena, CA 91185-1558

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | | $58,727.30 |
|---|---|---|---|

**Medtronic**
4642 Collection Center Dr.
Chicago, IL 60693-0046

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | | $11,284.00 |
|---|---|---|---|

**MTF Biologics**
PO Box 69385
Baltimore, MD 21264-9385

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | | $199,866.67 |
|---|---|---|---|

**National Billing Services**
**dba Nimble Solutions**
7 Arnage Road
Chesterfield, MO 63005

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

000026

Debtor  **Elite Surgery Center, LLC**                                    Case number (if known) _____
        Name

| | |
|---|---|

**3.26** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**
Rafael Lemus-Rangel, M.D.
4731 Kraft Avenue
North Hollywood, CA 91602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$379,896.51**
Smith & Nephew
PO Box 785921
Philadelphia, PA 19178-5921

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**
Southern California Edison
P.O. Box 600
Rosemead, CA 91771-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2149**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$127,932.00**
Stryker Endoscopy
5900 Optical Court
San Jose, CA 95138

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$261,900.00**
Stryker Flex Financial
25652 Network Place
Chicago, IL 60673-1256

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,589.00**
Vilex LLC
111 Offitt Street
McMinnville, TN 37110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$101.96**
West CMR LLC
PO Box 839
Clearwater, FL 33757

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

000027

| Debtor | **Elite Surgery Center, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Johnson & Johnson**<br>**PO Box 406663**<br>**Atlanta, GA 30384-6683** | Line **3.16**<br><br>☐  Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a.  $ | 0.00 |
| 5b. Total claims from Part 2 | 5b.  +  $ | 1,801,128.67 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c.  $ | 1,801,128.67 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Elite Surgery Center, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>CENTRAL DISTRICT OF CALIFORNIA</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal* *Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of medical office building.** | |
|---|---|---|---|
| | State the term remaining | **57 months, 2 weeks** | **38920 Trade Center Drive, LLC**<br>**38920 Trade Center Drive**<br>**Palmdale, CA 93551** |
| | List the contract number of any government contract | | |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Independant contractor CEO David Groves.** | |
|---|---|---|---|
| | State the term remaining | **Month-to-month** | **Angeles Consulting, Inc.**<br>**27008 Pierpoint Ct.**<br>**Valencia, CA 91355** |
| | List the contract number of any government contract | | |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Leased equipment** | |
|---|---|---|---|
| | State the term remaining | | **Highland Capital Corporation**<br>**370 Pascack Rd.**<br>**Township of Washington, NJ 07676** |
| | List the contract number of any government contract | | |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Contractor to supply registered nurses and medical assistants.** | |
|---|---|---|---|
| | State the term remaining | **Month-to-month** | **Ideal Staffing, A Nursing Corp.**<br>**38920 Trade Center Drive**<br>**Palmdale, CA 93551** |
| | List the contract number of any government contract | | |

000029

Debtor 1  **Elite Surgery Center, LLC**                                         Case number (*if known*) _____
    First Name         Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Independent contractor.** | |
| | State the term remaining | **Month-to-month** | Robert Loyola, R.N. 26915 Beverly Glen Ct. Valencia, CA 91355 |
| | List the contract number of any government contract | _____ | |

| | | | |
|---|---|---|---|
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Independent contractor, bookkeeper.** | |
| | State the term remaining | | Robin Goodman, Bookkeeper 2802 McCulloch Blvd. N Unit 102 Lake Havasu City, AZ 86403 |
| | List the contract number of any government contract | _____ | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Elite Surgery Center, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>CENTRAL DISTRICT OF CALIFORNIA</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

**Official Form 206H**
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1: Codebtor*         *Column 2: Creditor*

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Emery L. Chen, M.D., A Medical Corp | 38920 Trade Center Lancaster, CA 92534 | SBA Loan - AMPAC Business Capital | ■ D  2.4<br>☐ E/F<br>☐ G |
| 2.2 | Rafael Lemus-Rangel, M.D., Corp. | 4731 Kraft Avenue North Hollywood, CA 91602 | SBA Loan - AMPAC Business Capital | ■ D  2.4<br>☐ E/F<br>☐ G |

000031

---

**Fill in this information to identify the case:**

Debtor name      **Elite Surgery Center, LLC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   _____

☐ Check if this is an
amended filing

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.**  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 17, 2025**          X _____
                                              Signature of individual signing on behalf of debtor

                                              **David Groves**
                                              Printed name

                                              **Chief Financial Officer**
                                              Position or relationship to debtor

---

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

000006

**Fill in this information to identify the case:**

Debtor name      **Elite Surgery Center, LLC**

United States Bankruptcy Court for the:      CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **For year before that:** From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$3,443,503.00** |
   | **For the fiscal year:** From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$1,882,395.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   |---|---|---|---|---|
   | 3.1. | Advanced Sterilization Products SVS, Inc. 33 Technology Dr. Irvine, CA 92618 | 12/10/2024 | $3,858.79 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

000032

Debtor   **Elite Surgery Center, LLC**                                   Case number *(if known)*

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.2. | **Advanced Sterilization Products SVS, Inc.**<br>**33 Technology Dr.**<br>**Irvine, CA 92618** | 12/27/2024 | $5,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. | **Advanced Sterilization Products SVS, Inc.**<br>**33 Technology Dr.**<br>**Irvine, CA 92618** | 01/14/2025 | $5,403.14 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. | **Angeles Consulting Inc.**<br>**27008 Pierpont Court**<br>**Valencia, CA 91355** | 11/27/2024 | $4,427.29 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.5. | **Angeles Consulting Inc.**<br>**27008 Pierpont Court**<br>**Valencia, CA 91355** | 12/16/2024 | $3,333.61 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.6. | **Angeles Consulting Inc.**<br>**27008 Pierpont Court**<br>**Valencia, CA 91355** | 01/21/2025 | $4,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.7. | **Henry Schein Inc.**<br>**135 Duryea Road**<br>**Melville, NY 11747** | 12/04/2024 | $8,965.99 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. | **Henry Shein Inc.**<br>**135 Duryea Road**<br>**Melville, NY 11747** | 01/02/2025 | $5,240.79 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.9. | **Henry Schein Inc.**<br>**135 Duryea Road**<br>**Melville, NY 11747** | 02/04/2025 | $8,567.43 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

000033

Debtor   **Elite Surgery Center, LLC**                                    Case number (if known) _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.10 **JTS Surgical**<br>**1841 W. Redlands Blvd.**<br>**Redlands, CA 92373** | 01/23/2025 | $16,091.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11 **McKesson Medical Surgical Inc.**<br>**PO Box 51020**<br>**Los Angeles, CA 90051-5320** | 12/03/2024 | $20,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12 **Mission Bank**<br>**43830 20th Street West**<br>**Lancaster, CA 93534** | 12/05/2024 | $5,317.95 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13 **Mission Bank**<br>**43830 20th Street West**<br>**Lancaster, CA 93534** | 12/05/2024 | $3,014.68 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14 **Mission Bank**<br>**43830 20th Street West**<br>**Lancaster, CA 93534** | 01/05/2025 | $5,317.95 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15 **Mission Bank**<br>**43830 20th Street West**<br>**Lancaster, CA 93534** | 01/05/2025 | $3,014.68 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16 **Mission Bank**<br>**43830 20th Street West**<br>**Lancaster, CA 93534** | 02/05/2025 | $5,317.95 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.17 **Mission Bank**<br>**43830 20th Street West**<br>**Lancaster, CA 93534** | 02/05/2025 | $3,014.68 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

000034

Debtor   **Elite Surgery Center, LLC**                                     Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.18 | **Smith & Nephew**<br>PO Box 785921<br>Philadelphia, PA 19178-5921 | 12/10/2024 | $6,172.68 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.19 | **Smith & Nephew**<br>PO Box 785921<br>Philadelphia, PA 19178-5921 | 12/27/2024 | $10,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.20 | **Smith & Nephew**<br>PO Box 785921<br>Philadelphia, PA 19178-5921 | 01/14/2025 | $5,941.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.21 | **So. California Edison**<br>P.O. Box 300,<br>Rosemead, CA 91772 | 11/27/2024 | $2,650.34 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__Utilities__ |
| 3.22 | **So. California Edison**<br>P.O. Box 300,<br>Rosemead, CA 91772 | 12/30/2024 | $3,609.35 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__Utilities__ |
| 3.23 | **So. California Edison**<br>P.O. Box 300,<br>Rosemead, CA 91772 | 01/27/2025 | $2,771.83 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__Utilities__ |
| 3.24 | **St. Joseph Medical Manager, Inc.**<br>25050 Avenue Kearny, Ste. 208<br>Valencia, CA 91355 | 12/09/2024 | $6,615.91 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.25 | **St. Joseph Medical Manager, Inc.**<br>25050 Avenue Kearny, Ste. 208<br>Valencia, CA 91355 | 01/21/2025 | $7,217.45 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |

000035

Debtor    **Elite Surgery Center, LLC**                                    Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.26 | **St. Joseph Medical Manager, Inc.**<br>**25050 Avenue Kearny, Ste. 208**<br>**Valencia, CA 91355** | 02/08/2025 | $4,708.91 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.27 | **St. Joseph Medical Manager, Inc.**<br>**25050 Avenue Kearny, Ste. 208**<br>**Valencia, CA 91355** | 03/11/2025 | $5,525.49 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.28 | **Surgical Information System**<br>**8000 Avalon Blvd., Ste. 350**<br>**Alpharetta, GA 30009** | 11/26/2024 | $57.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Dues and subscriptions |
| 3.29 | **Surgical Information System**<br>**8000 Avalon Blvd., Ste. 350**<br>**Alpharetta, GA 30009** | 12/04/2024 | $2,696.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Dues and subcriptions |
| 3.30 | **Surgical Information System**<br>**8000 Avalon Blvd., Ste. 350**<br>**Alpharetta, GA 30009** | 12/17/2024 | $27.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Dues and subscriptions |
| 3.31 | **Surgical Information System**<br>**8000 Avalon Blvd., Ste. 350**<br>**Alpharetta, GA 30009** | 01/06/2025 | $2,782.48 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Dues and subcriptions |
| 3.32 | **Surgical Information System**<br>**8000 Avalon Blvd., Ste. 350**<br>**Alpharetta, GA 30009** | 01/08/2025 | $30.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Dues and subscriptions |

000036

Debtor **Elite Surgery Center, LLC** _____   Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.33 **Surgical Information System** 8000 Avalon Blvd., Ste. 350 Alpharetta, GA 30009 | 02/04/2025 | $2,782.48 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Dues and subscriptions** |
| 3.34 **Surgical Information System** 8000 Avalon Blvd., Ste. 350 Alpharetta, GA 30009 | 02/11/2025 | $30.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Dues and subscriptions** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **38920 Trade Center Drive, LLC** c/o Robert Loyola 38920 Trade Center Drive Palmdale, CA 93551 | 12/02/2024, 12/05/2024, 12/10/2024, 12/27/2024, 02/11/2025 | $65,269.98 | Rent |
| 4.2. **Ideal Staffing, A Nursing Corp.** 38920 Trade Center Drive Palmdale, CA 93551 | 11/27/2024, 12/03/2024, 12/06/2024, 12/27/2024, 01/21/2025, 01/21/2025, 02/11/2025, 03/11/2025 | $144,882.06 | Staffing |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

000037

Debtor    **Elite Surgery Center, LLC**                                                   Case number *(if known)*

---

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved
   in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **National Medical Billing Services, LLC v. Elite Surgery Center, LLC, et al.**<br>**25STCV03189** | Breach of contract | **Los Angeles Superior Court**<br>**111 N. Hill Street**<br>**Dept. 48**<br>**Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a
   receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of
   the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing
   of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy
   relief, or filing a bankruptcy case.

   ☐ None.

000038

Debtor   **Elite Surgery Center, LLC**_____   Case number *(if known)*_____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **FLP Law Group LLP**<br>**1875 Century Park East, Suite 2230**<br>**Los Angeles, CA 90067** | | 01/27/2025 | $17,500.00 |
| | **Email or website address**<br>**www.flpllp.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **FLP Law Group LLP**<br>**1875 Century Park East, Suite 2230**<br>**Los Angeles, CA 90067** | | 02/11/2025 | $17,500.00 |
| | **Email or website address**<br>**www.flpllp.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:   Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

000039

Debtor  **Elite Surgery Center, LLC**　　　　　　　　　　　Case number *(if known)*　　　　　　　

☐ No. Go to Part 9.
■ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1.  **Elite Surgery Center, LLC**<br>**38920 Trade Center Drive**<br>**Palmdale, CA 93551** | **Outpatient surgery center for orthopedic surgery on hands, knees, and shoulders which includes joint replacement and other operations such as gall bladder removal.** | |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br>*Check all that apply:*<br>■ Electronically<br>☐ Paper |

## Part 9:　Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Names, addresses, email, telephone and insurance member number.**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:　Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Official Form 207　　　　Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy　　　　page 9

000040

Debtor    **Elite Surgery Center, LLC** _____    Case number *(if known)* _____

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Secure Care Storage 38963 Sierra Hwy. Palmdale, CA 93551** | **Roberto Loyola, RN 38920 Trade Center Drive Palmdale, CA 93551** | **Old equipment: a couple of exam tables and one old Stryker Anesthesia tower, plus some parts and spares for various equipment items; and old documents.** | ☐ No ■ Yes |
| **Life Storage 380 West Palmdale Blvd. Palmdale, CA 93551** | **Roberto Loyola, RN 38920 Trade Center Drive Palmdale, CA 93551** | **Old equipment: a couple of exam tables and one old Stryker Anesthesia tower, plus some parts and spares for various equipment items; and old documents.** | ☐ No ■ Yes |

---

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

000041

Debtor  **Elite Surgery Center, LLC**                          Case number (if known) _____

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | **Employer identification number**<br>Do not include Social Security number or ITIN.<br><br>**Dates business existed** |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Robin Goodman, Bookkeeper**<br>**38920 Trade Center Dr.**<br>**Palmdale, CA 93551-3715** | **12/2022 to present** |
| 26a.2. | **Brent Meyer, Accountant**<br>**Brent Meyer, CPA & Associates**<br>**16133 Ventura Blvd., Suite 625**<br>**Encino, CA 91436** | **01/2019 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

000042

Debtor    **Elite Surgery Center, LLC**                              Case number (if known)

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Emery L. Chen, M.D. | 38920 Trade Center Palmdale, CA 93551 | CEO | 48.50 |
| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
| David E. Groves | 38920 Trade Center Drive Palmdale, CA 93551 | CFO | 0 |
| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
| Rafael Lemus-Rangel, M.D. | 4731 Kraft Avenue North Hollywood, CA 91602 | Owner | 48.5 |
| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
| Aldo Gamarra, MD | 38920 Trade Center Drive Palmdale, CA 93551 | Owner | 3 |
| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
| Roberto Loyola, RN | 38920 Trade Center Drive Palmdale, CA 93551 | Operations manager | 0 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

000043

Debtor   **Elite Surgery Center, LLC** _____    Case number *(if known)* _____

---

**Part 14:**  Signature and Declaration
_____

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 17, 2025** _____

_____          **David Groves** _____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **Chief Financial Officer** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

000044

B2030 (Form 2030) (12/15)

## United States Bankruptcy Court
### Central District of California

In re    **Elite Surgery Center, LLC**

Debtor(s)

Case No. _____

Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 35,000.00 |
| Prior to the filing of this statement I have received | $ | 35,000.00 |
| Balance Due | $ | 0.00 |

2. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Extensive pre-filing counseling and representation as Debtor's chapter 11 general bankruptcy counsel.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March 17, 2025**

_Date_

**Alan W. Forsley**
_Signature of Attorney_
**FLP Law Group LLP**
**1875 Century Park East, Ste 2230**
**Los Angeles, CA 90067**
**(310) 284-7350  Fax: (310) 432-5999**
**alan.forsley@flpllp.com**
_Name of law firm_

000045

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Alan W. Forsley**<br>**1875 Century Park East, Ste 2230**<br>**Los Angeles, CA 90067**<br>**(310) 284-7350 Fax: (310) 432-5999**<br>California State Bar Number: **180958 CA**<br>alan.forsley@flpllp.com | |

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>      **Elite Surgery Center, LLC**<br><br><br><br><br><br><br>                                                Debtor(s). | CASE NO.:<br>CHAPTER: 11<br><br>**VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __6__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  **March 17, 2025**  _____

_____
Signature of Debtor 1

Date:  _____

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date:  **March 17, 2025**  _____

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                                   **F 1007-1.MAILING.LIST.VERIFICATION**

000045

Elite Surgery Center, LLC
38920 Trade Center Drive
Palmdale, CA 93551


Alan W. Forsley
FLP Law Group LLP
1875 Century Park East, Ste 2230
Los Angeles, CA 90067


38920 Trade Center Drive, LLC
c/o Robert Loyola
38920 Trade Center Drive
Palmdale, CA 93551


38920 Trade Center Drive, LLC
38920 Trade Center Drive
Palmdale, CA 93551


Accelerate Medical
18723 Via Princessa
Suite 237
Canyon Country, CA 91387


Acumed LLC
3885 Arapaho Rd.
Addison, TX 75001


Advanced Sterilization Products
SVS, Inc.
33 Technology Dr.
Irvine, CA 92618


American Express - Amazon
c/o Becket and Lee
Po Box 3001
Malvern, PA 19355

Angeles Consulting, Inc.
27008 Pierpoint Ct.
Valencia, CA 91355


Arthrex, Inc.
PO Box 403511
Atlanta, GA 30384-3511


Bonesupport Inc.
Attn: Finance
PO Box 830395
Philadelphia, PA 19182-0395


Chase 1
PO Box 6294
Carol Stream, IL 60197-6294


Chase 2
PO Box 6294
Carol Stream, IL 60197-6294


Covidien Sales, LLC
4642 Collection Ctr. Drive
Chicago, IL 60693-0046


CR Bard, Inc.
PO Box 75767
Charlotte, NC 28275


Emery L. Chen, M.D., A Medical Corp
38920 Trade Center
Lancaster, CA 92534

GS Medic Inc.
Guy Sanani, MD
596 Myrtle Ct.
Oak Park, CA 91377


Henry Schein Inc.
PO Box 7156
Pasadena, CA 91109-7156


Highland Capital Corp.
1 Passaic Ave.
Fairfield, NJ 07004


Highland Capital Corporation
370 Pascack Rd.
Township of Washington, NJ 07676


Ideal Staffing, A Nursing Corp.
38920 Trade Center Drive
Palmdale, CA 93551


Johnson & Johnson
4301 West Boy Scout Blvd.
Tampa, FL 33607


Johnson & Johnson
PO Box 406663
Atlanta, GA 30384-6683


JTS Surgical
1841 W. Redlands Blvd.
Redlands, CA 92373

LifeNet Health
PO Box 79636
Baltimore, MD 21279-0636


Luxe Derm Aesthetics
3011 Rancho Vista Blvd., #B
Palmdale, CA 93551


Maxx Health, Inc.
11 Woodside Ave.
Berwyn, PA 19312


Medartis
1195 Polk Drive
Warsaw, IN 46582


Medline
Dept. LA 21558
Pasadena, CA 91185-1558


Medtronic
4642 Collection Center Dr.
Chicago, IL 60693-0046


Mission Bank
43830 20th Street West
Lancaster, CA 93534


MTF Biologics
PO Box 69385
Baltimore, MD 21264-9385

National Billing Services
dba Nimble Solutions
7 Arnage Road
Chesterfield, MO 63005


Rafael Lemus-Rangel, M.D.
4731 Kraft Avenue
North Hollywood, CA 91602


Rafael Lemus-Rangel, M.D., Corp.
4731 Kraft Avenue
North Hollywood, CA 91602


Robert Loyola, R.N.
26915 Beverly Glen Ct.
Valencia, CA 91355


Robin Goodman, Bookkeeper
2802 McCulloch Blvd. N
Unit 102
Lake Havasu City, AZ 86403


SBA Loan - AMPAC Business Capital
3110-B Inland Empire Blvd.
Ontario, CA 91764


Smith & Nephew
PO Box 785921
Philadelphia, PA 19178-5921


Southern California Edison
P.O. Box 600
Rosemead, CA 91771-0001

Stryker Endoscopy
5900 Optical Court
San Jose, CA 95138


Stryker Flex Financial
25652 Network Place
Chicago, IL 60673-1256


Vilex LLC
111 Offitt Street
McMinnville, TN 37110


West CMR LLC
PO Box 839
Clearwater, FL 33757